JOSEPH ROSENBLUM et al., Doing Business as NINETEEN BUILDING Co., Landlords, Appellants, *v.* ABRAHAM H. LANES, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, December 4, 1952.

*Victor Whitehorn* and *Joseph Delman* for appellants.

*Abraham H. Lanes,* respondent in person.

*Per Curiam.* Admittedly the squatter erected and maintained the television antenna without landlord's permission or consent. This constituted an intrusion or squatting within the purview of subdivision 4 of section 1411 of the Civil Practice Act. (*Maple Lane Apts.* v. *Berson,* N. Y. L. J., Jan 11, 1952, p. 150, col. 4; *Maiorana* v. *Dubnick,* N. Y. L. J., March 14, 1952, p. 1042, col. 6; *Thatford Stone Corp.* v. *Sassano,* N. Y. L. J., June 27, 1952, p. 2521, col. 2; *Swill* v. *Kerne,* N. Y. L. J., Oct. 15, 1951, p. 842, col. 4; *Mackin Realty Corp.* v. *Matfus,* 113 N. Y. S. 2d 61.)

The final order should be unanimously reversed upon the law, with $30 costs to the landlord, and final order directed in favor of the landlord as prayed for in the petition.

FENNELLY, COLDEN and WALSH, JJ., concur.

Final order reversed, etc.